JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS CAREY,<br><br>                Petitioner,<br><br>    v.<br><br>GISELLE MATTESON, Warden,<br><br>                Respondent. | Case No. 8-22-cv-01486-CJC (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: May 17, 2024

                                          CORMAC J. CARNEY<br>
                                          United States District Judge